BEAUGUREAU, HANCOCK,
STOLL & SCHWARTZ, P.C.
302 East Coronado Road
Phoenix, Arizona  85004
(602) 956-4438

Anthony J. Hancock (#005889)
ahancock@bhsslaw.com
Terrance L. Sims (#009566)
tsims@bhsslaw.com
Attorneys for Plaintiff Union
Pacific Railroad Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, | No.  CV 09-45-TUC-FRZ |
| Plaintiff, | **NOTICE OF SERVICE OF PLAINTIFF UNION PACIFIC RAILROAD COMPANY'S PRETRIAL DISCLOSURE OF SUBJECT MATTERS/ISSUES OF ANTICIPATED EXPERT WITNESS TESTIMONY IN RESPONSE TO DEFENDANT'S DISCLOSURE** |
| vs. | |
| ARIZONA ELECTRIC POWER COOPERATIVE, INC., | |
| Defendant. | |
| | (Assigned to the Hon. Frank R. Zapata) |

NOTICE IS HEREBY GIVEN that, pursuant to the Court's Scheduling Order dated August 12, 2009, Plaintiff Union Pacific Railroad Company on this date mailed to Defendant's counsel via first class mail Plaintiff's Pretrial Disclosure of Subject Matters/Issues of Anticipated Expert Witness Testimony in Response to Defendant's Disclosure.

. . .

. . .

Doc 112408

DATED this 9th day of October, 2009.

               BEAUGUREAU, HANCOCK,
               STOLL & SCHWARTZ, P.C.

               By:  /s/ Terrance L. Sims
                  Anthony J. Hancock
                  Terrance L. Sims
                  302 East Coronado Road
                  Phoenix, Arizona  85004
                  Attorneys for Plaintiff
                  Union Pacific Railroad Company

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2009, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and that a true copy of the attached document was served on Defendant by first class mail to:

Pat P. Lopez III, Esq.
Cynthia T. Kuhn, Esq.
RUSING & LOPEZ, PLLC
6262 N. Swan Road, Suite 200
Tucson, AZ 85718

Patrick F. Ledger, Esq.
ARIZONA ELECTRIC POWER COOPERATIVE, INC.
1000 S. Highway 80
Benson, AZ 85602

William L. Slover, Esq.
Robert D. Rosenberg, Esq.
Daniel M. Jaffe, Esq.
Stephanie P. Lyons, Esq.
SLOVER & LOFTUS LLP
1224 Seventeenth Street, N.W.
Washington, D.C. 20036

By:  /s/ Shannon M. Rankin

2

Doc 112408