**BEAUGUREAU, HANCOCK,
STOLL & SCHWARTZ, P.C.**
302 East Coronado Road
Phoenix, Arizona  85004
(602) 956-4438

Anthony J. Hancock (#005889)
ahancock@bhsslaw.com
Terrance L. Sims (#009566)
tsims@bhsslaw.com
Attorneys for Plaintiff Union Pacific Railroad Company

**RUSING & LOPEZ, P.L.L.C.**
6262 North Swan Rd., Suite 200
Tuscon, Arizona 85718
Telephone: (520) 792-4800
Facsimile: (520) 529-4262

Pat.P. Lopez III, State Bar No. 006918
plopez@rusingandlopez.com
Sean E. Brearcliffe, State Bar No. 016861
sbrearcliffe@rusingandlipez.com
Attorneys for Defendant Arizona Electric Power Cooperative, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, | ) No. 4:09-CV-45-TUC-FRZ |
| | ) |
| Plaintiff, | ) **STIPULATION FOR EXTENSION OF** |
| | ) **DEADLINES FOR DISCLOSURE OF** |
| vs. | ) **EXPERTS' IDENTITY, TESTIMONY** |
| | ) **AND REPORT** |
| ARIZONA ELECTRIC POWER | ) (Seventh Request) |
| COOPERATIVE, INC., | ) |
| | ) And |
| Defendant. | ) |
| | ) **STIPULATION TO EXTEND** |
| | ) **DEADLINES FOR COMPLETION OF** |
| | ) **DISCOVERY** |
| | ) (Fifth Request) |
| _____ | ) |
| | ) Assigned to the Hon. Frank R. Zapata) |

Doc118806

The parties report the Court has granted six extensions related to expert disclosures, see Sixth Order Extending Deadlines dated October 5, 2010. At this time, the parties request the Court grant an extension of the current deadlines by a few weeks to allow for scheduling issues encountered while noticing depositions, which are currently scheduled for November 17 and December 2, 2010. The parties stipulate and request the Court extend the deadlines as follows:

AEPCO's pre-trial disclosure of "Identity, Testimony and Report Disclosure" is due December 6, 2010, and UP's rebuttal expert testimony and report is due January 3, 2011. The parties hereby stipulate to extend AEPCO's due date for expert witnesses' identity, testimony and report to December 22, 2010 and UP's (rebuttal) due date to January 26, 2011.

Pursuant to LR Civ. 7.3, the parties report that the Court has granted four previous extensions for completion of discovery with the current deadline set for February 1, 2011. See Fourth Order Extending Deadlines dated October 5, 2010. The parties stipulate to extend the discovery deadline to February 17, 2011 to correspond with extended expert disclosure deadlines set forth above. The parties do not move to alter any other dates (*i.e.*, dispositive motion deadline).

DATED this 12th day of November, 2010.

ARIZONA ELECTRIC POWER COOPERATIVE, INC.

/s/ Sean E. Brearcliffe
Pat P. Lopez, III
Sean E. Brearcliffe
Rusing & Lopez, P.L.L.C.
6262 N. Swan Road, Suite 200
Tucson, AZ 85718

UNION PACIFIC RAILROAD COMPANY

/s/ Terrance L. Sims
Anthony J. Hancock
Terrance L. Sims
BEAUGUREAU, HANCOCK, STOLL & SCHWARTZ, P.C.
302 East Coronado Road
Phoenix, Arizona 85004

William L. Slover                    Rebecca B. Gregory
Robert D. Rosenberg                  General Attorney
Daniel M. Jaffe                      Union Pacific Railroad Company
Slover & Loftus LLP                  1400 Douglas Street
1224 Seventeenth Street, N.W.        Mail Stop 1580
Washington, D.C. 20036               Omaha, NE  68179

CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2010, I electronically transmitted the attached Stipulation for Extension of Deadlines to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the Following CM/ECF registrants:

Pat P. Lopez III, Esq.
Sean E. Brearcliffe, Esq.
RUSING & LOPEZ, PLLC
6262 N. Swan Road, Suite 200
Tucson, AZ 85718

Dwight Whitley, Esq.
Corporate Counsel
ARIZONA ELECTRIC POWER COOPERATIVE, INC.
1000 S. Highway 80
Benson, AZ 85602

William L. Slover, Esq.
Robert D. Rosenberg, Esq.
Daniel M. Jaffe, Esq.
SLOVER & LOFTUS LLP
1224 Seventeenth Street, N.W.
Washington, D.C. 20036

By:  /s/ Lori Curry