Pat P. Lopez III (State Bar No. 006918)
Email: plopez@rusingandlopez.com
Sean E. Brearcliffe, State Bar No. 016861
Email: sbrearcliffe@rusingandlipez.com
Rusing & Lopez, P.L.L.C.
6262 North Swan Road, Suite 200
Tucson, Arizona 85718
Telephone: (520) 792-4800
Facsimile: (520) 529-4262

Dwight M. Whitley Jr., Esq.
Corporate Counsel
Email: dwhitley@ssw.coop
Arizona Electric Power Cooperative, Inc.
1000 S. Highway 80
Benson, Arizona 85602

William L. Slover
Email: dustys@sloverandloftus.com
Robert D. Rosenberg
Email: rdr@sloverandloftus.com
Daniel M. Jaffe
Email: dmj@sloverandloftus.com
Slover & Loftus LLP
1224 Seventeenth Street, N.W.
Washington, D.C. 20036

Attorneys for Defendant Arizona Electric Power Cooperative, Inc.

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, | NO. 4:09-CV-45-TUC-FRZ |
| Plaintiff, | **NOTICE OF SERVICE OF DEFENDANT ARIZONA ELECTRIC POWER COOPERATIVE, INC.'S RESPONSES TO UP'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** |
| vs. | |
| ARIZONA ELECTRIC POWER COOPERATIVE, INC., | |
| Defendant. | (Assigned to Judge Frank R. Zapata) |

1

NOTICE IS HEREBY GIVEN that on this date Defendant Arizona Electric Power Cooperative, Inc., by and through its attorneys Rusing & Lopez, P.L.L.C., pursuant to Rules 33and 34, Federal Rules of Civil Procedure, mailed its Responses to UP's Second Set of Requests for Production of Documents of Interrogatories to all counsel of record.

DATED this 12th day of January 2011.

        ARIZONA ELECTRIC
        POWER COOPERATIVE, INC.

        /s Sean E. Brearcliffe
        Pat P. Lopez III
        Sean E. Brearcliffe
        RUSING & LOPEZ, PLLC
        6262 N. Swan Road, Suite 200
        Tucson, AZ 85718

        Dwight M. Whitley, Jr.
        Corporate Counsel
        ARIZONA ELECTRIC POWER
        COOPERATIVE, INC.
        1000 S. Highway 80
        Benson, AZ 85602

        William L. Slover
        Robert D. Rosenberg
        Daniel M. Jaffe
        SLOVER & LOFTUS, LLP
        1224 Seventeenth Street, N.W.
        Washington, D.C. 20036

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2011, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice ofElectronic Filing to the following CM/ECF registrants; and

The undersigned also certifies that on January 12, 2011, a true copy of the attached document was served on Plaintiff by First Class Mail to:

> Anthony J. Hancock
> Terrance L. Sims
> Beaugureau, Hancock, Stoll & Schwartz, P.C.
> 302 East Coronado Road
> Phoenix, AZ 85004
> Attorneys for Plaintiff
> Union Pacific Railroad Company

By: /s Carleen Scialabba

20K0696.DOCX