BEAUGUREAU, HANCOCK,
STOLL & SCHWARTZ, P.C.
302 East Coronado Road
Phoenix, Arizona  85004
(602) 956-4438

Anthony J. Hancock (#005889)
ahancock@bhsslaw.com
Terrance L. Sims (#009566)
tsims@bhsslaw.com
Attorneys for Plaintiff Union
Pacific Railroad Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY, | ) | No.  CV 09-45-TUC-FRZ |
| | ) | |
| Plaintiff, | ) | **NOTICE OF SERVICE OF** |
| | ) | **PLAINTIFF UNION PACIFIC** |
| vs. | ) | **RAILROAD COMPANY'S REBUTTAL** |
| | ) | **EXPERT'S TESTIMONY AND** |
| ARIZONA ELECTRIC POWER | ) | **REPORT** |
| COOPERATIVE, INC., | ) | |
| | ) | |
| Defendant. | ) | (Assigned to the Hon. Frank R. Zapata) |
| | ) | |

NOTICE IS HEREBY GIVEN that on this date Plaintiff Union Pacific Railroad Company, by and through its attorneys Beaugureau, Hancock, Stoll & Schwartz, P.C., pursuant this Court's Order dated November 15, 2010, has mailed a copy of its Rebuttal Expert's Testimony and Report to all counsel of record.

. . .

. . .

. . .

Doc 119719

DATED this 26th day of January, 2011.

                BEAUGUREAU, HANCOCK,
                STOLL & SCHWARTZ, P.C.

By: /s/ Terrance L. Sims
   Anthony J. Hancock
   Terrance L. Sims
   302 East Coronado Road
   Phoenix, Arizona  85004
   Attorneys for Plaintiff
   Union Pacific Railroad Company

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2011, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and that a true copy of the attached document was served on Defendant by first class mail to:

Pat P. Lopez III, Esq.
Sean E. Brearcliffe, Esq.
RUSING & LOPEZ, PLLC
6262 N. Swan Road, Suite 200
Tucson, AZ 85718

Dwight Whitley, Esq.
Corporate Counsel
ARIZONA ELECTRIC POWER COOPERATIVE, INC.
1000 S. Highway 80
Benson, AZ 85602

William L. Slover, Esq.
Robert D. Rosenberg, Esq.
Daniel M. Jaffe, Esq.
SLOVER & LOFTUS LLP
1224 Seventeenth Street, N.W.
Washington, D.C. 20036

By: /s/ Lori Curry

2

Doc 119719