BEAUGUREAU, HANCOCK,
STOLL & SCHWARTZ, P.C.
302 East Coronado Road
Phoenix, Arizona 85004
(602) 956-4438

Anthony J. Hancock (#005889)
ahancock@bhsslaw.com
Terrance L. Sims (#009566)
tsims@bhsslaw.com
Attorneys for Plaintiff Union
Pacific Railroad Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY, | ) | No.  CV 09-45-TUC-FRZ |
| | ) | |
| Plaintiff, | ) | **STIPULATION OF DISMISSAL** |
| | ) | |
| vs. | ) | |
| | ) | |
| ARIZONA ELECTRIC POWER COOPERATIVE, INC., | ) | (Assigned to the Hon. Frank R. Zapata) |
| | ) | |
| Defendant. | ) | |
| | ) | |

Union Pacific Railroad Company and Arizona Electric Power Cooperative, Inc., pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of this action with prejudice.

Doc 120337

RESPECTFULLY SUBMITTED this 23rd of March, 2011.

| ARIZONA ELECTRIC POWER COOPERATIVE, INC. | UNION PACIFIC RAILROAD COMPANY |
|---|---|
| /s/ <u>Sean E. Brearcliffe (w/permission)</u> | /s/ <u>Terrance L. Sims</u> |
| Pat P. Lopez, III | Anthony J. Hancock |
| Sean E. Brearcliffe | Terrance L. Sims |
| Rusing & Lopez, P.L.L.C. | Beaugureau, Hancock, Stoll & Schwartz, P.C. |
| 6262 N. Swan Road, Suite 200 | 302 East Coronado Road |
| Tucson, AZ 85718 | Phoenix, Arizona 85004 |
| | |
| William L. Slover | Rebecca B. Gregory |
| Robert D. Rosenberg | General Attorney |
| Daniel M. Jaffe | Union Pacific Railroad Company |
| Slover & Loftus LLP | 1400 Douglas Street |
| 1224 Seventeenth Street, N.W. | Mail Stop 1580 |
| Washington, D.C. 200036 | Omaha, NE 68179 |

### CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2011 I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and that a true copy of the attached document was served on Defendant by first class mail to:

| | |
|---|---|
| Pat P. Lopez III, Esq. | William L. Slover, Esq. |
| Sean E. Brearcliffe, Esq. | Robert D. Rosenberg, Esq. |
| RUSING & LOPEZ, PLLC | Daniel M. Jaffe, Esq. |
| 6262 N. Swan Road, Suite 200 | Stephanie P. Lyons, Esq. |
| Tucson, AZ 85718 | SLOVER & LOFTUS LLP |
| | 1224 Seventeenth Street, N.W. |
| | Washington, D.C. 20036 |
| Dwight Whitley, Esq. | |
| Corporate Counsel | |
| ARIZONA ELECTRIC POWER COOPERATIVE, INC. | |
| 1000 S. Highway 80 | |
| Benson, AZ 85602 | |

/s/ <u>Terrance L. Sims</u>
Terrance L. Sims

Doc 120337